| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Latrice Lennan** | Social Security number or ITIN  **xxx–xx–9292** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **13**  **9/18/19** |
| Case number: | **19–26338** | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Latrice Lennan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 626 East Woodland Apt. 201 Chicago, IL 60616 | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | Contact phone 847 520–8100 Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Tom Vaughn 55 E. Monroe Street, Suite 3850 Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 9/19/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 16, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/16/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/27/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/16/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/6/19** at **11:00 AM** , Location: **219 South Dearborn, Courtroom 682, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 19-26338-JBS
Latrice Lennan                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: lsims           Page 1 of 2           Date Rcvd: Sep 19, 2019
                            Form ID: 309I         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
```
db              Latrice Lennan,   626 East Woodland,   Apt. 201,   Chicago, IL 60616
28208834        City of Chicago Dept. of Revenue,   Camera Enforcement Violation,   PO Box 88292,
                 Chicago, IL 60680-1292
28208835       +City of Chicago Parking,   Department of Finance,   P. O. Box 6330,   Chicago, IL 60680-6330
28208846       +RCN,   100 Baltimore Drive,   Wilkes Barre, PA 18702-7955
28208847       +Secretary of State,   Attn: Bankruptcy Department,   PO Box 7848,   Madison, WI 53707-7848
28208848        Secretary of State License Renewal,   3701 Winchester Road,   Springfield, IL 62707-9700
28208849       +The University of Chicago Hospital,   1122 Paysphere Circle,   Chicago, IL 60674-0011
28213362        Woodland Park Apts.,   Chicago, IL 60616
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: davidsiegelbk@gmail.com Sep 20 2019 02:14:01     David M Siegel,
                 David M. Siegel & Associates,   790 Chaddick Drive,   Wheeling, IL 60090
tr             +E-mail/Text: bncnotice@tomvaughntrustee.com Sep 20 2019 02:16:43     Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,   Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Sep 20 2019 02:15:29     Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
                 Chicago, IL 60604-2027
28208827        EDI: AFNIRECOVERY.COM Sep 20 2019 05:48:00      Afni,   1310 Martin Luther King Drive,
                 PO Box 3517,   Bloomington, IL 61702-3517
28208828       +EDI: PHINHARRIS Sep 20 2019 05:48:00      Arnold Scott Harris, P.C.,
                 111 W. Jackson Blvd. Ste. 600,   Chicago, IL 60604-3517
28208830       +EDI: WFNNB.COM Sep 20 2019 05:48:00      CB/Carsons,   PO Box 182789,   Columbus, OH 43218-2789
28208831       +EDI: WFNNB.COM Sep 20 2019 05:48:00      CB/Cathrins,   PO Box 182789,   Columbus, OH 43218-2789
28208833       +EDI: WFNNB.COM Sep 20 2019 05:48:00      CB/VICSCRT (Victoria Secret),   PO Box 182128,
                 Columbus, OH 43218-2128
28208832       +EDI: WFNNB.COM Sep 20 2019 05:48:00      CB/Vctrssec,   PO Box 182789,   Columbus, OH 43218-2789
28208829       +EDI: PHINGENESIS Sep 20 2019 05:48:00      Cb Indigo/gf,   Po Box 4499,
                 Beaverton, OR 97076-4499
28208836        EDI: COMCASTCBLCENT Sep 20 2019 05:43:00      Comcast,   PO Box 3002,
                 Southeastern, PA 19398-3002
28208837       +EDI: WFNNB.COM Sep 20 2019 05:48:00      Comenity Bank/Carsons,   3100 Easton Square Pl.,
                 Columbus, OH 43219-6232
28208838       +EDI: NAVIENTFKASMDOE.COM Sep 20 2019 05:48:00      Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
28208839       +E-mail/Text: bankruptcynotices@fifsg.com Sep 20 2019 02:15:15     First Inv Servicing Co,
                 380 Interstate N Pkwy St,   Atlanta, GA 30339-2222
28208840       +EDI: PHINGENESIS Sep 20 2019 05:48:00      Genesis Bankcard Service,   PO Box 4499,
                 Beaverton, OR 97076-4499
28208841       +EDI: BLUESTEM Sep 20 2019 05:49:00      Gettington,   6250 Ridgewood Rd.,
                 Saint Cloud, MN 56303-0820
28208842        E-mail/Text: bncnotices@becket-lee.com Sep 20 2019 02:14:38     Kohl/Capital One,   PO Box 3115,
                 Milwaukee, WI 53201-3115
28208843       +EDI: MERRICKBANK.COM Sep 20 2019 05:48:00      Merrick Bank,   10705 S. Jordan Gtwy. Ste. 200,
                 South Jordan, UT 84095-3977
28208844       +EDI: NAVIENTFKASMSERV.COM Sep 20 2019 05:48:00      Navient Solutions Inc,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
28208845       +EDI: CBSPLS.COM Sep 20 2019 05:48:00      PLS,   9920 South Western Ave.,
                 Chicago, IL 60643-1831
                                                                                             TOTAL: 20
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                           Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: lsims              Page 2 of 2            Date Rcvd: Sep 19, 2019
                              Form ID: 309I            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Latrice  Lennan davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                           TOTAL: 3
```