IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| LATRICE L. LENNAN, ) | Case No. 19-26338 |
| ) | Judge SCHMETTERER |
| Debtor(s). ) | |

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES, THE DEBTOR, LATRICE L. LENNAN, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On September 18, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on February 5, 2020. That Tom Vaughn was appointed Trustee in this case.

4) The Debtor's Chapter 13 plan provides for payments of $150.00 monthly for an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

5) The Debtor has paid $650.00 into her Chapter 13 Plan.

6) The Debtor has moved jobs due to Covid-19. She was laid off from her last job because of the virus. She has started working at Mercy Hospital and Medical Center with reduced hours.

7) That this fact has decreased debtor's disposable income and she is now behind with her plan payments.

8) With her new employment, she can resume making her monthly bankruptcy payments, but cannot make the current $150.00 a month payment.

9) The Debtor proposes to modify her Chapter 13 plan pursuant to 11 USC Sec. 1329 to decrease her monthly payment to $100.00 and to defer the plan payment default to the end of the plan. Debtor makes this proposal in good faith and with the intention of completing her Chapter 13 plan.

      10)    The Debtor further proposes to modify her Chapter plan pursuant to the recently amended 11 USC Sec. 1329 on March 27, 2020, under the Coronavirus Air, Relief and Economic Security Act (Cares Act), to extend her bankruptcy an additional 24 months. The language states:

"(d) (1) Subject to paragraph (3), for a plan confirmed prior to the date of enactment of this subsection, the plan may be modified upon the request of the debtor if –

(A) the Debtor is experiencing or has experienced a material financial hardship due, directly or indirectly, to the coronavirus disease 2019 (COVID-19) pandemic; and

(B) the modification is approved after notice and hearing.

(2) A plan modified under paragraph (1) may not provide for payments over a period that expires more than 7 years after the time that the first payment under the original confirmed plan was due."

      11)    Decreasing the monthly payments to $100.00 will not cause the confirmed Chapter 13 plan to run longer than 84 months and will continue to pay General, Unsecured Creditors at least 10% of their allowed claims.

      WHEREFORE, the Debtor, Latrice L. Lennan, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

      Respectfully Submitted,

      /s/ Christine H. Clar
      Christine H. Clar, A.R.D.C. #6202332
      Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com