UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-26338 |
| LATRICE L. LENNAN, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Jack Schmetterer | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor's Chapter 13 plan payment is decreased to $100.00 per month.

2) The Debtor's Chapter 13 plan payment default is deferred to the end of the plan.

Enter:  *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  June 24, 2020

**Prepared by:**

Michael R. Colter, II, ARDC #6304675
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com